AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| United States of America | ) |
|---|---|
| v. | ) |
| ALEJANDRO VALDOVINOS MANCILLA | ) Case No: 09-298(02) (MJD) |
|  | ) USM No: |
| Date of Original Judgment: 08/09/2010 | ) |
| Date of Previous Amended Judgment: | ) Katherine Menendez |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    87    months **is reduced to**    70 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   08/09/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   September 28, 2015                               s/ Michael J. Davis
                                                                                *Judge's signature*

Effective Date: 11/1/2015                                         Judge Michael J. Davis
        *(if different from order date)*                          *Printed name and title*